FRANK BROTHERS FOOTWEAR, INC., APPELLANT, v. CITY OF OMAHA, A MUNICIPAL CORPORATION, ET AL., APPELLEES, ASSOCIATED RETAILERS OF OMAHA, A CORPORATION, ET AL., INTERVENERS, APPELLEES.

33 N. W. 2d 161

Filed June 29, 1948. No. 32370.

*Fraser, Connolly, Crofoot & Wenstrand, Strauss, Reich & Boyer, W. H. Wright,* and *M. James Spitzer,* for appellant.

*Edward F. Fogarty, Edward Sklenicka, Einar Viren, Ralph E. Svoboda,* and *J. A. C. Kennedy, Jr.,* for appellees.

Heard before SIMMONS, C. J., PAINE, CARTER, MESSMORE, YEAGER, CHAPPELL, and WENKE, JJ.

MESSMORE, J.

This case is controlled by Best & Co., Inc., v. City of Omaha, *ante* p. 868, 33 N. W. 2d 150.

The decree of the district court is hereby reversed and the cause remanded with instructions to enter a permanent injunction against the appellees, defendants below, restraining them from enforcing the ordinances in question against the appellant Frank Brothers Footwear, Inc.

REVERSED AND REMANDED.